UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN S. MATHIS, | 1:02-cv-05869-OWW-LJO-P |
|     Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 31) |
| vs. | **ORDER DISMISSING ENTIRE ACTION** |
| COBBS, et al., | **ORDER DENYING ANY AND ALL PENDING MOTIONS AS MOOT** |
|     Defendants. | |

Plaintiff Benjamin S. Mathis ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 29, 2006, the Magistrate Judge filed Findings and Recommendations herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendations were to be filed within thirty (30) days. To date, the parties have not filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1    In accordance with the provisions of 28 U.S.C.
§ 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

    1.   The Findings and Recommendations, filed September 29, 2006, are ADOPTED IN FULL;

    2.   This action is DISMISSED in its entirety; and,

    3.   Any and all pending motions are DENIED as MOOT.

    4.   The Clerk of Court is DIRECTED to enter judgment in accordance with this Order.

    IT IS SO ORDERED.

**Dated:   December 10, 2006**          /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE